**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00993-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

EAGLE GENERAL CONTRACTORS, INC., a Colorado corporation,
KUNKEL CONSTRUCTION, INC., a Colorado corporation,
GLENN S. KUNKEL, an individual,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Motion to Permit Withdrawal of Laura Trask Schneider as Attorney of Record (Doc 24 - filed February 16, 2007) is **GRANTED**. Laura Trask Schneider of the law firm of Lambdin & Chaney, LLP, is allowed to withdraw as counsel for Plaintiff herein. Plaintiff will continue to be represented by L. Kathleen Chaney of the law firm Lambdin & Chaney, LLP.

Dated: February 23, 2007
_____