**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00993-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

      Plaintiff,

v.

EAGLE GENERAL CONTRACTORS, INC., a Colorado corporation,
KUNKEL CONSTRUCTION, INC., a Colorado corporation,
GLENN S. KUNKEL, an individual,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion to Add Underlying Plaintiffs in Construction Defect Action as Defendants to this Declaratory Judgment Action (Doc 30 - filed March 16, 2007) is **GRANTED**.  The tendered Amended Complaint for Declaratory Judgment is accepted for filing.


Dated:  March 19, 2007
_____