IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00993-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

vs.

EAGLE GENERAL CONTRACTORS, INC, a Colorado corporation,
KUNKEL CONSTRUCTION, INC., a Colorado corporation,
GLENN S. KUNKEL, an individual,
ELOI DURAN, an individual,
DEBBIE DURAN, an individual,

    Defendants.

---

**ORDER RE: STIPULATED MOTION FOR COURT TO SET SETTLEMENT CONFERENCE** ( Docket No. 38 )

---

This comes before the Court on a Stipulated Motion for Court to Set Settlement Conference. The Court has reviewed the Motion and being fully advised in the premises, GRANTS the motion, and ORDERS that a second settlement conference be scheduled with Magistrate Judge Watanabe with Plaintiff's counsel to contact Judge Watanabe's chambers to clear a date for the settlement conference within Five (5) days from the date of this order.

Dated this 6th day of June, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO