IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 06-cv-00993-LTB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation,

Plaintiff,

v.

EAGLE GENERAL CONTRACTORS, INC., a Colorado corporation,
KUNKEL CONSTRUCTION, INC., a Colorado corporation,
GLENN S. KUNKEL, an individual,
ELOY DURAN, an individual, and
DEBBIE DURAN, an individual,

Defendants.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 71 - filed February 7, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

　　s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: February 8, 2008